# ARENA MANAGEMENT, USE AND LEASE AGREEMENT

### by and among

### CITY OF GLENDALE,
an Arizona municipal corporation (the "City")

### and

### ARENA MANAGEMENT GROUP, LLC,
a Delaware limited liability company (the "Arena Manager")

### and

### COYOTES HOCKEY, LLC,
a Delaware limited liability company (the "Team")

### and

### GLENDALE-101 DEVELOPMENT, LLC,
a Delaware limited liability company (the "Retail/Residential Developer")

### and

### COYOTE CENTER DEVELOPMENT, LLC,
a Delaware limited liability company (the "Entertainment Developer")

### Dated as of November 29, 2001

# TABLE OF CONTENTS

ARTICLE 1      DEFINITIONS; INTERPRETATION ..................................................... 4

    1.1    Definitions ......................................................................................... 4

    1.2    Accounting Terms ........................................................................... 21

    1.3    Captions .......................................................................................... 21

    1.4    Cross References ............................................................................. 21

    1.5    Terms .............................................................................................. 22

    1.6    Exhibits .......................................................................................... 22

    1.7    Language ......................................................................................... 22

ARTICLE 2      PARTY REPRESENTATIVES .................................................... 22

    2.1    City Representative ......................................................................... 22

    2.2    Arena Manager Representative ....................................................... 22

    2.3    Team Representative ....................................................................... 23

    2.4    Retail/Residential Developer Representative ................................. 23

    2.5    Entertainment Developer Representative ....................................... 23

ARTICLE 3      AGREEMENT TERM ................................................................. 24

    3.1    Initial Term .................................................................................... 24

    3.2    Renewal Terms ............................................................................... 24

ARTICLE 4      ENGAGEMENT OF ARENA MANAGER; ARENA MANAGER'S PRE-OPENING RIGHTS AND OBLIGATIONS ......................................... 25

    4.1    Engagement of Arena Manager ..................................................... 25

    4.2    Pre-Opening Obligations ............................................................... 26

ARTICLE 5      POST-OPENING MANAGEMENT OF ARENA ...................................... 27

    5.1    Management .................................................................................... 27

    5.2    Annual Budget ............................................................................... 29

    5.3    Records ........................................................................................... 31

    5.4    Litigation ........................................................................................ 34

    5.5    Impositions .................................................................................... 35

    5.6    Licenses ......................................................................................... 35

    5.7    Team Sales and Concessions ......................................................... 38

    5.8    Marketing and Public Relations ..................................................... 40

    5.9    Advertising ..................................................................................... 40

# TABLE OF CONTENTS
## (continued)

| | | |
|---|---|---|
| 5.10 | Naming Rights | 41 |
| 5.11 | Names, Logo and Schedule | 41 |
| 5.12 | Broadcasts | 41 |
| 5.13 | Suites and Premium Seats | 42 |
| 5.14 | Scheduling | 44 |
| 5.15 | Hockey Event Responsibilities | 44 |
| 5.16 | City Sponsored Events | 45 |
| 5.17 | Community Events | 46 |
| 5.18 | Traffic Control and Parking Security | 47 |
| 5.19 | Staffing for Events | 47 |
| 5.20 | Goals; Quality Standard | 47 |
| 5.21 | Team Approvals | 48 |
| 5.22 | Affiliate Contracts and Team Provision of Food and Beverage Services | 48 |
| 5.23 | Use of Communication System | 51 |
| 5.24 | City Advertisements | 51 |
| 5.25 | Compliance with Community Decency Standards | 51 |
| 5.26 | Contracts and Agreements | 52 |
| ARTICLE 6 | ADDITIONS AND CAPITAL REPAIRS | 53 |
| 6.1 | By Arena Manager | 53 |
| 6.2 | By City | 53 |
| 6.3 | By Team | 54 |
| 6.4 | By Retail/Residential Developer or Entertainment Developer. Neither the Retail/Residential Developer nor the Entertainment Developer shall make Additions and Capital Repairs or other repairs to any portion of the Arena | 55 |
| ARTICLE 7 | ARENA ACCOUNTS | 55 |
| 7.1 | Operating Revenues | 55 |
| 7.2 | Application of Monies in Operating Account | 55 |
| 7.3 | Distribution of Monies | 56 |
| 7.4 | Operating Expense Shortfalls | 58 |
| 7.5 | Operating Reserve Account; Operating Reserve Contribution | 59 |
| 7.6 | Renewal and Replacement Account; Renewal and Replacement Contribution | 60 |

| | | |
|---|---|---|
| 7.7 | City Parking Fee Account | 60 |
| 7.8 | Arena Recovery Fee Account | 60 |
| 7.9 | Distribution of Monies from Arena Accounts at End of Agreement Term | 60 |
| 7.10 | Restriction on Payment of Management Fees | 61 |
| ARTICLE 8 | PARKING; ARENA RECOVERY FEES | 61 |
| 8.1 | Parking | 61 |
| 8.2 | Arena Recovery Fees | 64 |
| ARTICLE 9 | GRANT OF USE RIGHTS AND LEASEHOLD INTEREST; TEAM FEES AND OBLIGATIONS | 68 |
| 9.1 | Grant of Use Rights | 68 |
| 9.2 | Lease of Exclusive Team Spaces | 69 |
| 9.3 | Team Payments | 69 |
| 9.4 | Taxes on Team's Interest | 71 |
| 9.5 | Team Use Covenant | 71 |
| 9.6 | Suspension of Team Use Covenant | 72 |
| 9.7 | Team Equipment | 73 |
| 9.8 | Quiet Enjoyment | 73 |
| 9.9 | City Access | 73 |
| 9.10 | Taxation of Transactions and Activities at Arena | 73 |
| ARTICLE 10 | INSURANCE | 74 |
| 10.1 | Arena Manager Insurance | 74 |
| 10.2 | City Insurance | 74 |
| 10.3 | Team Insurance | 74 |
| 10.4 | Waiver of Recovery | 74 |
| 10.5 | Failure to Maintain Insurance | 75 |
| 10.6 | Notice | 76 |
| 10.7 | Provisions | 76 |
| 10.8 | Periodic Review and Adjustment | 76 |
| ARTICLE 11 | DAMAGE OR DESTRUCTION | 77 |
| 11.1 | Adequately Insured Damage | 77 |
| 11.2 | Insurance Deficiency and Termination | 77 |

11.3     Damage or Destruction Near End of Agreement Term ........................................ 79

11.4     Abatement of Certain Team Obligations ............................................................. 79

ARTICLE 12       EMINENT DOMAIN ....................................................................................... 79

12.1     Substantial Taking ............................................................................................. 79

12.2     Partial Taking..................................................................................................... 79

12.3     Partial Taking Near End of Agreement Term...................................................... 81

12.4     Abatement of Certain Team Obligations ............................................................. 81

12.5     No Condemnation by City .................................................................................. 81

ARTICLE 13       REPRESENTATIONS, WARRANTIES AND COVENANTS .................. 81

13.1     Arena Manager Representations, Warranties and Covenants............................... 81

13.2     Team Representations, Warranties and Covenants.............................................. 82

13.3     City Representations, Warranties and Covenants................................................ 83

13.4     Retail/Residential Developer Representations, Warranties and Covenants ........ 85

13.5     Entertainment Developer Representations, Warranties and Covenants .............. 86

13.6     Mutual Covenants .............................................................................................. 86

ARTICLE 14       DEFAULT AND REMEDIES........................................................................ 87

14.1     Events of Default ............................................................................................... 87

14.2     Team Remedies.................................................................................................. 91

14.3     Arena Manager Remedies................................................................................... 92

14.4     City Remedies.................................................................................................... 94

14.5     Retail/Residential Developer Remedies.............................................................. 95

14.6     Entertainment Developer Remedies .................................................................... 96

14.7     Specific Performance and Liquidated Damages for Team Use Covenant
         Default................................................................................................................ 97

14.8     Rights and Remedies are Cumulative.................................................................. 98

14.9     Costs, Expenses and Fees................................................................................... 98

14.10    Acceptance of Legal Process ............................................................................. 99

14.11    Replacement Arena Manager.............................................................................. 99

ARTICLE 15       INDEMNIFICATION.................................................................................. 101

15.1     Arena Manager Indemnifications ..................................................................... 101

15.2     Team Indemnifications ..................................................................................... 102

15.3    City Indemnifications........................................................................ 103

ARTICLE 16      DISPUTE RESOLUTION ...................................................... 104

ARTICLE 17      ASSIGNMENT ........................................................................ 106

17.1    Arena Manager Assignment ................................................... 106

17.2    Team Assignment .................................................................... 107

17.3    City Assignment...................................................................... 107

17.4    Retail/Residential Developer Assignment ............................. 108

17.5    Entertainment Developer Assignment .................................... 108

ARTICLE 18      LENDER'S PROTECTION ................................................... 108

18.1    Team Lender's Protection........................................................ 108

18.2    Arena Manager Lender's Protection ....................................... 110

18.3    Subordination to City Encumbrance ....................................... 113

ARTICLE 19      MISCELLANEOUS ............................................................... 113

19.1    Amendment; Waiver ............................................................... 113

19.2    Consent .................................................................................... 114

19.3    Severability ............................................................................. 114

19.4    Binding Effect ......................................................................... 114

19.5    Relationship of Parties ........................................................... 114

19.6    Notices ..................................................................................... 114

19.7    Applicable Law ....................................................................... 116

19.8    Time is of the Essence ............................................................ 117

19.9    Antidiscrimination Clause ...................................................... 117

19.10  Counterparts ............................................................................ 117

19.11  Entire Agreement; Conflict..................................................... 117

19.12  Conflicts of Interest................................................................. 117

19.13  Saturday, Sunday or Holiday .................................................. 118

19.14  Confidentiality of Proprietary Information............................. 118

19.15  City Financing......................................................................... 119

19.16  Attorneys' Fees ....................................................................... 119

19.17  Force Majeure .......................................................................... 119

19.18  Agreed Extensions .................................................................. 119

# TABLE OF CONTENTS
## (continued)

19.19 Liability Limitation ........................................................................... 120

19.20 Additional Team Facilities ................................................................ 120

19.21 Survival ............................................................................................. 120

19.22 Third-Party Beneficiary .................................................................... 120

19.23 Memorandum ..................................................................................... 120

19.24 Provisions That Are Subject to Other Agreements ........................... 120

19.25 Team's Legal Opinion ....................................................................... 121

# EXHIBITS

Exhibit "A"    Pro Forma Financial Information – Recital N
Exhibit "B"    Game Payment – §1.1
Exhibit "C"    Scheduling Procedures – §1.1
Exhibit "D"    Insurance Required of Arena Manager – §10.1
Exhibit "E"    Insurance Required of City – §10.2
Exhibit "F"    Insurance Required of Team – §10.3
Exhibit "G"    Initial Arbitrator List – §16
Exhibit "H"    Memorandum of Agreement – §19.23
Exhibit "I"    Renewal and Replacement Schedule – §1.1
Exhibit "J"    Safety and Security Agreement – §1.1

# ARENA MANAGEMENT, USE AND LEASE AGREEMENT

THIS ARENA MANAGEMENT, USE AND LEASE AGREEMENT (this "**Agreement**") is dated as of November 29, 2001 (the "**Agreement Effective Date**"), and is entered into by and among the City of Glendale, an Arizona municipal corporation (the "**City**"); Arena Management Group, LLC, a Delaware limited liability company, whose sole purpose and activity will be to manage and operate the Arena in accordance with this Agreement (the "**Arena Manager**"); Coyotes Hockey, LLC, a Delaware limited liability company (the "**Team**"); Glendale-101 Development, LLC, a Delaware limited liability company (the "**Retail/Residential Developer**"); and Coyote Center Development, LLC, a Delaware limited liability company (the "**Entertainment Developer**"). Capitalized terms that are used in this Agreement shall have the meanings ascribed to them in Section 1.1.

## RECITALS:

A.    On April 11, 2001, the City, Ellman Holdings, Inc., an Arizona corporation ("**Ellman**"), and the Team entered into a Memorandum of Agreement for Development of Hockey Arena Site (City of Glendale Contract C-4264) (the "**MOA**") setting forth the basic terms and conditions under which Ellman agreed to develop the Arena Facility, the Parking Improvements and the Infrastructure Improvements, all to be located in the City of Glendale. Ellman acquired the rights to purchase the Land (on which the Arena Development Project, the Entertainment Project and the Retail/Residential Project are contemplated to be developed), and has transferred those rights to the Entertainment Developer.

B.    Pursuant to Section 21 of the MOA, Ellman delivered written notice to the City of the creation of each of Arena Development, LLC, a Delaware limited liability company (the "**Arena Developer**"), the Entertainment Developer and the Retail/Residential Developer, together with evidence reasonably acceptable to the City that each of the Arena Developer, the Entertainment Developer and the Retail/Residential Developer is in good standing in the State of Arizona. Accordingly, the Arena Developer has become a successor to Ellman under the MOA with respect to the Arena Development Project, the Entertainment Developer has become a successor to Ellman under the MOA with respect to the Entertainment Project, and the Retail/Residential Developer has become a successor to Ellman under the MOA with respect to the Retail/Residential Project.

C.    As of the Agreement Effective Date, the City, the Arena Developer and the Entertainment Developer are entering into that certain Arena Development Agreement (the "**Arena Development Agreement**") with respect to the development of the Arena Development Project.

D.    The City has determined that it is in the best interest of the City and its residents to (i) facilitate the development of the Arena Development Project in the manner described in the Arena Development Agreement; and (ii) provide for the management and use of the Arena in the manner described in this Agreement. Such development, management and use will benefit the City and its residents by providing a multi-purpose sports and entertainment facility, providing

additional employment opportunities within the City, increasing the City's tax base, and stimulating additional development on properties in the vicinity of the Arena.

E. The Arena will be designed and constructed by the Arena Developer pursuant to the Arena Development Agreement for use by the Team for NHL hockey games and related uses, and for use for by the Team, the City and Licensees for sporting, cultural, entertainment, family, music and community events, all in accordance with this Agreement. The Arena will, during the term of this Agreement, be owned by the City and used by the Team, all as provided in this Agreement.

F. The City and the Team desire that the Arena Manager manage the Arena pursuant to the terms of this Agreement.

G. The Team is a member of the NHL and holds the franchise from the NHL for the operation of an NHL hockey team currently bearing the designation "Phoenix Coyotes". The City and the Team desire that the Team will play all of its Home Games, commencing on the Home Game Obligation Effective Date and continuing for thirty (30) Full Hockey Seasons (together with any additional Full Hockey Seasons as may occur during any extension of the Agreement Term pursuant to this Agreement), at the Arena Facility under the terms and conditions set forth in this Agreement.

H. The City, the Arena Manager, the Team, the Retail/Residential Developer and the Entertainment Developer desire to enter into this Agreement for the purposes of implementing the transactions contemplated by the MOA, with certain modifications, and setting forth the terms and conditions under which (i) the Arena Manager will manage and operate the Arena; and (ii) the Team will use and occupy the Arena.

I. The actions by the City required under this Agreement and the Related Agreements will be the exercise of the City's proprietary powers and not the exercise of the City's governmental, legislative, judicial and/or regulatory powers. Nothing in this Agreement shall be construed as a limitation on the City's exercise of its governmental, legislative, judicial and/or regulatory powers.

J. In reliance upon and in consideration of the Arena Manager's, the Team's, the Retail/Residential Developer's and the Entertainment Developer's respective obligations under this Agreement and the Related Agreements, the City has (i) agreed, pursuant to the Arena Development Agreement, to provide or cause to be provided the City Commitment Amount for the costs associated with acquiring land for, and designing, developing, financing and constructing, the Arena Facility, the Parking Improvements, the Infrastructure Improvements, the Other Public Improvements and the Personal Property; (ii) initiated or will initiate action to make the City Commitment Amount available for disbursement pursuant to the Arena Development Agreement; and (iii) undertaken the City's other obligations under this Agreement and the Related Agreements. Upon execution hereof, the City may take additional action at substantial additional cost to accomplish the City's objectives as described in this Agreement and the Related Agreements.

K.     The respective obligations of each of the Arena Manager, the Team, the Arena Developer, the Entertainment Developer and the Retail/Residential Developer (all of which are Affiliates as of the Agreement Effective Date) under this Agreement and the Related Agreements, including the Team's obligation to play Home Games at the Arena Facility, are unique, and are integral to the development of properties in the vicinity of the Arena and to the well being of the City and its residents generally, and, with respect to the Team, are personal to the Team and may be discharged only by the Team.

L.     In reliance upon and in consideration of the City's obligations under this Agreement and the Related Agreements, (i) the Team has agreed (a) pursuant to this Agreement, to play Home Games at the Arena Facility and to provide the monies required to pay Arena operating expense shortfalls, and (b) pursuant to the Team Guaranty, to provide the monies required to pay certain other shortfalls as described in the Team Guaranty; (ii) the Arena Developer has agreed, pursuant to the Arena Development Agreement, to perform the development functions described therein and to provide monies for certain costs associated with such development to the extent such costs exceed the City Commitment Amount; (iii) the Retail/Residential Developer has agreed (a) pursuant to this Agreement, to provide (in certain circumstances) the monies required to pay Arena operating expense shortfalls, and (b) pursuant to the Mixed-Use Development Agreement, to develop the Retail/Residential Project; (iv) the Entertainment Developer has agreed (a) pursuant to this Agreement, to provide (in certain circumstances) the monies required to pay Arena operating expense shortfalls, and (b) pursuant to the Mixed-Use Development Agreement, to develop the Entertainment Project; and (v) the Arena Manager, the Team and each of the Developers have undertaken their respective obligations under this Agreement and the Related Agreements. Upon execution hereof, the Arena Manager, the Team and each of the Developers will take additional action at substantial additional cost to accomplish the objectives described in this Agreement and the Related Agreements.

M.     The obligations of the City under this Agreement and the Related Agreements are unique, are personal to the City and may be discharged only by the City.

N.     The parties have entered into this Agreement after reviewing and considering the pro forma financial information attached hereto as Exhibit "A". The pro forma financial information is an estimate only and subject to the uncertainties that attend any projection of events that are to occur far into the future. Nevertheless, the Team and the City agree to the use of the pro forma financial information solely for the purposes of (i) setting forth the City's expectations as to future revenues from the Project, and (ii) providing evidence in support of the City's right to seek injunctive relief and liquidated damages pursuant to Section 14.7 for a Team Use Covenant Default. In the event of a Team Use Covenant Default, the City would lose certain revenue anticipated in such pro forma financial information as well as certain other revenue and suffer other detriments not anticipated in such pro forma financial information, such as the loss of (a) increased economic activity in the vicinity of the Arena and the resulting substantial excise tax proceeds, and (b) a long-term association between the City and an NHL hockey team.

**AGREEMENT:**

**NOW THEREFORE,** in consideration of the premises, covenants, agreements and obligations contained herein, the parties hereto enter into this Agreement and agree as follows:

**ARTICLE 1**

**DEFINITIONS; INTERPRETATION**

1.1 <u>Definitions</u>. As used in this Agreement, the following terms shall have the meanings indicated unless a different meaning is specifically provided or unless the context otherwise requires:

"**AAA**" shall have the meaning set forth in Article 16.

"**Account Records**" shall have the meaning set forth in Section 5.3.1.

"**Account Transfer**" means a transfer of monies from, between or among any of the Arena Accounts.

"**Accountants**" shall have the meaning set forth in Section 5.3.3(a).

"**Actual City Distribution**" shall have the meaning set forth in Section 7.3.1(d)(i).

"**Actual Team Distribution**" shall have the meaning set forth in Section 7.3.1(d)(ii).

"**Additional Team Fee**" shall have the meaning set forth in Section 9.3.1(b).

"**Additions and Capital Repairs**" means collectively (i) any or all installations, alterations or improvements of or to, and all purchases of additional or replacement furniture, fixtures, machinery or equipment for, the Arena, the depreciable life of which, according to GAAP, is in excess of one (1) year; and (ii) any and all maintenance or repairs to the Arena that, in the reasonable estimation of the Arena Manager, will extend the useful life of the portion of the Arena being maintained or repaired for a period in excess of one (1) year.

"**Advertising**" means all permanent and temporary announcements, acknowledgments, banners, liquid electronic displays, monument and other signs, show bills and other audio or visual commercial messages of any nature displayed, announced or otherwise presented at, in or on the Arena or any portion thereof (other than the Parking Improvements and the Parking Land). Advertising shall not include (a) the broadcasts, reproductions or transmittals described in Section 5.12, (b) the Naming Rights, (c) the announcements described in Section 5.23, (d) the City's program advertisements described in Section 5.24, or (e) the Parking Advertising.

"**Advertising Agreement**" means any contract or agreement entered into by or on behalf of the Team for Advertising.

"**Advertising Exclusivity Carve-Out**" means a provision that permits the Arena Manager, notwithstanding any provision granting exclusivity with respect to Naming Rights or

Advertising, to enter into not to exceed two (2) Licenses per Fiscal Year for Events that are presented or sponsored by a commercial entity or entities in a manner that would otherwise violate such exclusivity provision, provided that the activity or performance constituting such Event is part of a series of presentations of such activity or performance presented in at least five (5) states.

"**Affiliate**" of a specified Person means a Person who (a) controls, is directly or indirectly controlled by, or is under common control with, the specified Person; (b) owns, directly or indirectly, ten percent (10%) or more of the equity interests of the specified Person; (c) is a general partner (if the specified Person is a partnership), managing member or manager (if the specified Person is a limited liability company), officer, director, non-financial institution trustee or fiduciary of the specified Person or of any Person described in clause (a) or (b) above; or (d) is a member of the Immediate Family of the specified Person or the Person described in clauses (a) through (c) above. A Person shall be deemed to control another Person for the purposes of this definition if the first Person possesses, directly or indirectly, the power to direct, or cause the direction of, the management and policies of the second Person, whether through the ownership of voting securities, common directors, trustees or officers, by contract or otherwise.

"**Agreement**" shall have the meaning set forth in the initial paragraph hereof.

"**Agreement Effective Date**" shall have the meaning set forth in the initial paragraph hereof.

"**Agreement Term**" shall have the meaning set forth in Section 3.1.

"**Agreement Termination Date**" shall have the meaning set forth in Section 3.1.

"**All-Star Game**" means any ice hockey game played by NHL players which, under the Hockey Rules, is classified as an "all-star" game and is to be played at the Arena Facility, including any related pre-event, intermission or post-event promotion, competition, performance, autograph session, show or other entertainment or activity presented at the Arena for which there is no admission charge other than the price of the related Hockey Ticket.

"**Annual Budget**" means an annual budget (prepared by the Arena Manager and approved by the City and the Team pursuant to Section 5.2) for a given Fiscal Year or partial Fiscal Year, as applicable, projecting in detail for such Fiscal Year (i) the Operating Revenues and Operating Expenses; (ii) the Operating Reserve Contributions; (iii) the Renewal and Replacement Contributions; (iv) expenditures for Additions and Capital Repairs; (v) cash flows and timing of cash flows to and from various Arena Accounts; and (vi) such other amounts or information as may from time to time be reasonably required by the Team and/or the City.

"**Applicable Law**" means any law, statute, ordinance, rule, regulation, order or determination of any Governmental Authority, or any recorded restrictive covenant or deed restriction, affecting the Arena, including those applicable to environmental, zoning, building code, health and safety and other similar matters.

"**Arbitration**" shall have the meaning set forth in Article 16.

"**Arbitration Dispute**" shall have the meaning set forth in Article 16.

"**Arbitrator**" shall have the meaning set forth in Article 16.

"**Arbitrator List**" shall have the meaning set forth in Article 16.

"**Arena**" means, collectively, the Arena Facility, the Arena Facility Land, the Personal Property, the Parking Improvements and the Parking Land.

"**Arena Account**" means any one or more of the accounts described in Article 7.

"**Arena Developer**" shall have the meaning set forth in Recital B.

"**Arena Development Agreement**" shall have the meaning set forth in Recital C.

"**Arena Development Project**" shall have the meaning set forth in the Arena Development Agreement.

"**Arena Facility**" shall have the meaning set forth in the Arena Development Agreement.

"**Arena Facility Land**" shall have the meaning set forth in the Arena Development Agreement.

"**Arena Facility Land Deed**" shall have the meaning set forth in the Arena Development Agreement.

"**Arena Maintenance Standard**" means a standard of maintenance that, as of the time of application, meets or exceeds the quality of the maintenance of (i) America West Arena in Phoenix, Arizona; or (ii) such other multi-purpose arena to which the parties hereto may from time to time, in their respective sole discretion, agree in writing.

"**Arena Manager**" shall have the meaning set forth in the initial paragraph hereof.

"**Arena Manager Affiliate Contract**" means any contract or agreement relating to the Arena to which both the Arena Manager and an Affiliate of the Arena Manager are parties, other than this Agreement and the Related Agreements.

"**Arena Manager Assignee**" shall have the meaning set forth in Section 18.2.5.

"**Arena Manager Representative**" shall have the meaning set forth in Section 2.2.

"**Arena Recovery Fee Account**" shall have the meaning set forth in Section 7.8.

"**Arena Recovery Fees**" means, collectively, the Base Recovery Fees and the Supplemental Recovery Fees.

"**Arena Sub-Manager**" shall have the meaning set forth in Section 4.1.

"**A.R.S.**" means Arizona Revised Statutes.

"**Assumed Agreements**" shall have the meaning set forth in Section 14.11.3.

"**Auditing Party**" shall have the meaning set forth in Section 5.3.4.

"**Base Recovery Fee**" shall have the meaning set forth in Section 8.2.1.

"**Base Team Fee**" shall have the meaning set forth in Section 9.3.1(a).

"**Base User Recovery Charge**" means a charge for all or a portion of the Base Recovery Fee that is separately stated on a Qualified Ticket.

"**Business Day**" means any day other than a Saturday, a Sunday or a public or bank holiday or the equivalent for banks generally under the laws of the State of Arizona. Use of the word "day", as opposed to "Business Day", means calendar day.

"**Casualty Deficiency**" shall have the meaning set forth in Section 11.2.

"**Casualty Restoration Standard**" shall have the meaning set forth in Section 11.1.

"**Certificate of Occupancy**" means a certificate that is issued by the City under the Glendale City Code that permits the Arena Facility to be used for any Event.

"**Challenge**" shall have the meaning set forth in Section 13.6.2.

"**City**" shall have the meaning set forth in the initial paragraph hereof.

"**City Carry-forward Amount**" means, with respect to a given Fiscal Quarter, the amount calculated by subtracting (i) the Actual City Distribution for such Fiscal Quarter, from (ii) the sum of the City's Share of City/Team Excess Cash Flow and the City Excess Cash Flow for such Fiscal Quarter.

"**City Carry-forward Distribution Percentage**" means, with respect to a given Fiscal Quarter, the percentage calculated by dividing (i) the Outstanding City Carry-forward Amount for such Fiscal Quarter, by (ii) the sum of the Outstanding City Carry-forward Amount and the Outstanding Team Carry-forward Amount for such Fiscal Quarter.

"**City Caused Lien**" means any encumbrance, security interest, pledge, claim, mechanics' or other lien arising out of work performed for, materials furnished to, or obligations incurred by the City in the City's construction of any Additions and Capital Repairs or other repairs pursuant to Section 6.2.2.

"**City Charter**" means the city charter adopted by the voters of the City of Glendale as from time to time in effect.

"**City Commitment Amount**" shall have the meaning set forth in the Arena Development Agreement.

"**City Current Distribution Percentage**" means, with respect to a given Fiscal Quarter, the percentage calculated by dividing (i) the sum of the City's Share of City/Team Excess Cash Flow and the City Excess Cash Flow for such Fiscal Quarter, by (ii) the Total Excess Cash Flow for such Fiscal Quarter.

"**City Encumbrance**" shall have the meaning set forth in Section 18.3.

"**City Excess Cash Flow**" means, with respect to a given Fiscal Quarter or Fiscal Year, the aggregate Operating Revenues for all of the City Revenue Events and City Sponsored Events held during such Fiscal Quarter or Fiscal Year (as applicable), less (i) the Operating Expenses; (ii) the Operating Reserve Contributions; and (iii) the Renewal and Replacement Contributions, attributable (or allocated) to such City Revenue Events and City Sponsored Events for such Fiscal Quarter or Fiscal Year (as applicable).

"**City Manager**" means the City Manager of the City.

"**City Parking Fee**" shall have the meaning set forth in Section 8.1.2.

"**City Parking Fee Account**" shall have the meaning set forth in Section 7.7.

"**City Representative**" shall have the meaning set forth in Section 2.1.

"**City Revenue Event**" shall have the meaning set forth in Section 5.6(f).

"**City Revenue Event Shortfall**" shall have the meaning set forth in Section 5.6(f).

"**City Sponsored Event**" shall have the meaning set forth in Section 5.16.

"**City Sponsored Event Shortfall**" shall have the meaning set forth in Section 5.16.

"**City/Team Excess Cash Flow**" means, with respect to a given Fiscal Quarter or Fiscal Year, the Operating Revenues for all of the City/Team Revenue Events held during such Fiscal Quarter or Fiscal Year (as applicable), less (i) the Operating Expenses; (ii) the Operating Reserve Contributions; and (iii) the Renewal and Replacement Contributions, attributable (or allocated) to such City/Team Revenue Events for such Fiscal Quarter or Fiscal Year (as applicable).

"**City/Team Revenue Event**" means any Event or other activity at the Arena, other than: (i) a Hockey Event; (ii) a Team Revenue Event; (iii) a City Sponsored Event; (iv) a Community Event; or (v) a City Revenue Event.

"**City's Share of City/Team Excess Cash Flow**" means, with respect to a given Fiscal Quarter or Fiscal Year, fifty percent (50%) of the City/Team Excess Cash Flow for such Fiscal Quarter or Fiscal Year (as applicable).

"**Claim or Loss**" means any claim, cost, damage, demand, expense, loss, obligation or other liability (including reasonable attorneys' fees), including those relating to property, injury to or death of persons, loss of income and losses under workers' compensation laws and benefits.

"**Communication System**" means all audio and visual communication systems that are owned by the City and that are located at, in or on the Arena Facility, including scoreboards, satellite hook-ups, television and loudspeaker systems, public address systems, outdoor speakers, timers, clocks, message centers and video screens, specifically excluding, however, any Advertising and any Parking Advertising displayed or otherwise presented on, in or by any portion of such audio and visual communication systems.

"**Community Event**" shall have the meaning set forth in Section 5.17.

"**Community Event Expenses**" means those Operating Expenses that are directly attributable to the use of the Arena for a Community Event, i.e., those that would not have been incurred but for the Community Event, including the cost and expense of utilities, insurance, cleaning, repairs and personnel.

"**Comparable Event**" shall have the meaning set forth in Section 13.3.5.

"**Competing Facility**" shall have the meaning set forth in Section 13.3.5.

"**Concessions**" means the sale, furnishing or renting of foods, beverages (including alcoholic beverages), apparel, souvenirs, programs (excluding program Advertising) or other goods or merchandise by a Person other than the Team in, at, from or in connection with the operation of the Arena Facility, whether sold, furnished or rented from shops, kiosks or by individual vendors circulating in the Arena Facility, including any restaurant (whether open to the public or restricted to members thereof), club, membership dining room or other facility for the sale of food and/or beverages, and including sales to fill orders for any such items by any Person other than the Team at the Arena Facility (whether received by mail, facsimile, telephone or other medium of communication).

"**Concessions Agreement**" means any agreement or contract for the right to engage in or conduct one or more Concessions.

"**Condemnation Award**" shall have the meaning set forth in Section 12.1.

"**Condemnation Deficiency**" shall have the meaning set forth in Section 12.2.

"**Condemnation Restoration Standard**" shall have the meaning set forth in Section 12.2.

"**Cross Easements**" shall have the meaning set forth in the Mixed-Use Development Agreement.

"**Destruction Date**" shall have the meaning set forth in Section 11.2.

"**Developer's Deposits**" shall have the meaning set forth in the Arena Development Agreement.

"**Developers**" means, collectively, the Arena Developer, the Entertainment Developer and the Retail/Residential Developer.

"**Development Fee**" shall have the meaning set forth in the Arena Development Agreement.

"**Ellman**" shall have the meaning set forth in Recital A.

"**Emergency**" means any condition or situation that presents an imminent and significant threat (or if not immediately acted upon will present an imminent and significant threat) to the health or safety of users of the Arena or to the structural integrity of the Arena Facility, the Parking Improvements or any portion of either.

"**Entertainment Developer**" shall have the meaning set forth in the initial paragraph hereof.

"**Entertainment Developer Representative**" shall have the meaning set forth in Section 2.5.

"**Entertainment Project**" shall have the meaning set forth in the Mixed-Use Development Agreement.

"**Equitable Litigation**" shall have the meaning set forth in Article 16.

"**Event**" means any revenue or non-revenue producing sports, entertainment, cultural or civic event or other activity (including related event set-up and take-down) which is either (i) presented or held in the bowl (main seating) portion of the Arena Facility, or (ii) presented or held in any other portion of the Arena Facility in a manner that precludes the use of the bowl (main seating) portion of the Arena Facility for other events or activities.

If such event or activity is presented in its entirety more than once during a given day, all such presentations during such day shall be deemed one Event. If such event or activity is presented in its entirety on more than one (1) consecutive day, each day on which such event or activity is presented shall be deemed a separate Event. For purposes of this paragraph, any event or activity that commences on a given day and is completed within the four (4) hours immediately following the end of such day shall be deemed to have been presented in its entirety on the day such event or activity commenced.

"**Event of Default**" means any one of the "Events of Default" described in Sections 14.1.1, 14.1.2, 14.1.3, 14.1.4 or 14.1.5.

"**Event Staff**" shall have the meaning set forth in Section 5.19.

"**Excluded Actions**" shall have the meaning set forth in Section 5.4.

"**Exclusive Team Revenues**" means all (i) Hockey Ticket Receipts; (ii) revenues from or in connection with the operation of Team Sales; (iii) revenues from or in connection with Concessions at Hockey Events, as described in Section 5.7.2(a); (iv) revenues from or in

connection with food and beverage services provided by the Team at Hockey Events, as described in Section 5.7.2(b); (v) revenues from or in connection with Advertising; (vi) revenues from or in connection with Naming Rights; (vii) Suite License Revenues; (viii) revenues and sponsorship receipts, including television and radio broadcasting, promotional and other sponsorship fees received or collected in connection with the conduct of Hockey Events; and (ix) monies described in clause (iii) of the second paragraph of Section 5.7.2(a), all of which shall be excluded from Operating Revenues.

"**Exclusive Team Spaces**" means the portions of the Arena designed and constructed for the exclusive use by the Team, including any Team Box Office, the Team Locker Room, the Team Office and Storage Space, the Team Retail Store(s) and the Team Parking Spaces, as confirmed by the City and the Team pursuant to Section 9.2.

"**Exculpatory Language**" means the following language:

[Insert name of exculpating Person] acknowledges and agrees that (i) this [insert title of contract or agreement] imposes no contractual obligation on the City of Glendale; (ii) in the event of a default under this [insert title of contract or agreement], of any kind or nature whatsoever, [insert name of exculpating Person] shall look solely to [insert name of the Arena Manager or the Team, as applicable] at the time of the default for remedy or relief; and (iii) no elected official, officer, employee, agent, independent contractor or consultant of the City of Glendale shall be liable to [insert name of exculpating Person], or any successor in interest to [insert name of exculpating Person], with respect to this [insert title of contract or agreement].

"**Fee Activity**" means any Event or other activity at the Arena, the admission to which is controlled by a Ticket.

"**Fee Commencement Date**" shall have the meaning set forth in Section 9.3.1(a)(i).

"**First Renewal Term**" shall have the meaning set forth in Section 3.2.1.

"**Fiscal Quarter**" means a three (3) month period commencing on the first day of January, April, July or October, and ending on the last day of March, June, September or December, respectively.

"**Fiscal Year**" means a twelve (12) month period commencing on January 1 and ending on December 31.

"**Force Majeure**" means any of the following that prohibits or delays the initial occupancy of the Arena or prohibits or materially interferes with the occupancy, operation or use of the Arena or any material portion thereof after the Operations Start Date: strikes; lock-outs; acts of the public enemy; the enactment, imposition or modification of any Applicable Law which occurs after the Agreement Effective Date and precludes performance under this Agreement; confiscation or seizure by any government or public authority; wars or war-like action (whether actual and pending or expected, and whether de jure or de facto); blockades; insurrections; riots; civil disturbances; governmental restrictions; epidemics; landslides;

earthquakes; fires; hurricanes; floods; wash-outs; explosions; failure of major equipment or machinery critical to the occupancy, operation or use of the Arena for its intended purposes; nuclear reaction or radiation; radioactive contamination; or any other cause, whether of the kind herein enumerated or otherwise, which is not reasonably within the control of the party claiming the right to alter, delay or postpone performance on account of such occurrence, but specifically excluding any financial condition, lack of funds, lack of financing, insolvency or bankruptcy of such party.

"**Full Hockey Season**" means any Hockey Season in which at least two-thirds (2/3) of the scheduled Home Games for such Hockey Season are actually played at the Arena Facility.

"**GAAP**" means generally accepted accounting principles in effect in the United States of America from time to time, as consistently applied.

"**GAAS**" means generally accepted auditing standards in effect in the United States of America from time to time, as consistently applied.

"**Game Payment**" means with respect to a given Home Game or All-Star Game, a payment in the amount set forth for the corresponding Hockey Season on Exhibit "B" attached hereto.

"**Governmental Authority**" means any federal, state and/or local agency, department, commission, board, bureau, administrative or regulatory body or other governmental instrumentality having jurisdiction over the Arena (or any portion thereof) and/or the transactions contemplated by this Agreement.

"**Guaranteed Amount**" shall have the meaning set forth in the Team Guaranty.

"**Hockey Event**" means any of the following when played and/or conducted at the Arena Facility: (i) any Home Game (including any related Warm-up Sessions); (ii) any All-Star Game (including any related Warm-up Sessions); or (iii) any Hockey-Related Event.

"**Hockey Event Permitted Uses**" shall have the meaning set forth in Section 9.1.

"**Hockey Event Spaces**" means all portions of the Arena, other than the Exclusive Team Spaces.

"**Hockey-Related Event**" means any Event (other than a Pre-season Game, Regular Season Game, Play-off Game or All-Star Game) conducted, sponsored or co-sponsored by the Team, including any award ceremony, championship celebration, promotional performance or festival, breakfast, luncheon, dinner, ball, demonstration, exhibition, instruction or workshop. Notwithstanding the foregoing, the Hockey-Related Events described in this definition shall not exceed four (4) such Hockey-Related Events in any Fiscal Year without the consent of the City, and shall be subject to the Scheduling Procedures.

"**Hockey Rules**" means all then applicable NHL policies, procedures, provisions, rules, regulations, by-laws, articles, contracts and directives that govern the rights, duties, privileges and obligations of members of the NHL.

"**Hockey Season**" means a period beginning on the date officially promulgated by the NHL as the first day of training camp for a given NHL hockey season and ending on the date on which the last NHL play-off game (Stanley Cup) is played for such season.

"**Hockey Ticket**" means a Ticket for a Hockey Event.

"**Hockey Ticket Receipts**" means the gross amount of money received by the Team from the sale of Hockey Tickets, including Hockey Tickets for Suites and for Premium Seats, and any "premium," "premium fee," and/or "personal seat license fee" and any User Parking Charges, Base User Recovery Charges and/or Supplemental User Recovery Charges assessed on or charged with respect to any Hockey Ticket.

"**Home Game**" means a Pre-season Game (excepting not more than one (1) Pre-season Game in a given Hockey Season which the Team elects to play in a city outside of Maricopa County, Arizona), a Regular Season Game or a Play-off Game.

"**Home Game Obligation Effective Date**" means the date that is the later of (i) the Operations Start Date, or (ii) the date that is designated as the "Home Game Obligation Effective Date" by the Team by notice to the City and the Arena Manager given on or before the Operations Start Date; provided, however, that in no event shall the Home Game Obligation Effective Date be later than the first day of the first Full Hockey Season after the Operations Start Date.

"**Immediate Family**" means any spouse, son, daughter or parent of any individual (by blood or by marriage), or any trust, estate, partnership, joint venture, limited liability company, corporation, operation or any other legal entity or business or investment enterprise directly or indirectly controlled by such spouse, son, daughter or parent.

"**Imposition(s)**" means all governmental assessments, franchise fees, transaction privilege and use taxes, excise taxes, license and permit fees, levies, charges and taxes, general and special, ordinary and extraordinary, of every kind and nature whatsoever (irrespective of the nature thereof, including all such charges based on the fact of a transaction, irrespective of how measured) which at any time during the Agreement Term may be assessed, levied, confirmed or imposed upon: (a) the Arena or any portion thereof; and (b) any payments received by the Arena Manager from any Person using or occupying the Arena or any portion thereof.

"**Infrastructure Improvements**" shall have the meaning set forth in the Arena Development Agreement.

"**Innocent Party**" shall have the meaning set forth in Section 19.19.

"**Insurance Proceeds**" shall have the meaning set forth in Section 11.1.

"**Interest Rate**" means the annual interest rate that is announced from time to time by Wells Fargo, N.A. or its successor as its "prime" lending rate, plus two percent (2%). If, at any time during the Agreement Term, Wells Fargo, N.A. or its successor no longer announces a "prime" lending rate, then the Interest Rate shall be the annual interest rate that is announced by a national bank reasonably selected by the parties hereto and having an office in Phoenix,

Arizona as such national bank's "prime" lending rate, plus two percent (2%). The Interest Rate shall change and be adjusted upon each announcement by Wells Fargo, N.A. or its successor (or any substitute national bank selected by the parties hereto pursuant to this definition) of each change in the "prime rate" used to determine the Interest Rate in the manner described in this definition. All interest to be paid pursuant to this Agreement shall be paid at the Interest Rate and shall be computed on the basis of a 360-day year consisting of twelve (12) months of thirty (30) days each.

"**Land**" shall have the meaning set forth in the Arena Development Agreement.

"**License**" means any agreement or contract (other than Tickets) entered into by the Arena Manager pursuant to the terms of this Agreement for the use of the Arena (or any portion thereof) with any party (other than the Team with respect to Hockey Events and the City with respect to City Sponsored Events and Community Events), including any agreement or contract with a promoter or sponsor for Events or other activities at the Arena (other than Hockey Events, City Sponsored Events and Community Events), but excluding the following: (i) this Agreement; (ii) Concessions Agreements; (iii) Suite License Agreements; (iv) Premium Seat Agreements; (v) Advertising Agreements; and (vi) Naming Rights Agreements.

"**Licensee**" means a Person entitled to use the Arena or a portion thereof pursuant to a License.

"**Liquidated Damages Amount**" shall have the meaning set forth in Section 14.7.2.

"**Liquidated Damages Credit**" shall have the meaning set forth in Section 14.7.2.

"**Management Fees**" means, for a given Fiscal Quarter, the amount of $125,000, plus one and one-half percent (1½%) of the sum of (i) the Operating Revenues for such Fiscal Quarter, and (ii) the face amount of each Ticket for which the Arena Manager receives consideration in the form of goods and/or services other than money during such Fiscal Quarter.

"**Management Performance Standards**" shall mean the performance standards for the Arena Manager and any Arena Sub-Manager, to be agreed to in writing by the parties hereto not later than June 30, 2002.

"**Minimum Required Operating Reserve Account Balance**" shall have the meaning set forth in Section 7.5.

"**Mixed-Use Development Agreement**" means that certain Mixed-Use Development Agreement dated as of the Agreement Effective Date among the City, the Entertainment Developer and the Retail/Residential Developer.

"**MOA**" shall have the meaning set forth in Recital A.

"**Naming Rights**" means the exclusive rights to designate and/or assign a brand, company, product or other name to, or have a name association with or sponsorship of, the following: one or more portions (or all) of the Arena (other than the Parking Improvements and the Parking Land) including the Arena Facility; concourses within the Arena Facility; the rink in

the Arena Facility; panels; walls; media boards; scoreboards; equipment; entrances; exits; landscaping; pavilions; attractions; service areas; Team Retail Stores; clubs; seating; communication systems; audio and video systems; Team mascots; Zambonis®; Team performers; Team ticket stock; and directional signage. Naming Rights shall not include the Parking Naming Rights.

"**Naming Rights Agreement**" means any contract or agreement entered into by or on behalf of the Team for Naming Rights.

"**NHL**" means the National Hockey League and any successor or substitute Person with whom the Team has a legal relationship as a member franchise and which authorizes and sanctions professional hockey games in a manner comparable to games conducted under the authority of and sanctioned by the National Hockey League as of the Agreement Effective Date.

"**Notice of Arena Manager Assignment**" shall have the meaning set forth in Section 18.2.5.

"**Notice of Team Assignment**" shall have the meaning set forth in Section 18.1.5.

"**Operating Account**" shall have the meaning set forth in Section 7.1.

"**Operating Expenses**" means all expenses or obligations paid (directly or by reimbursement) or incurred by the Arena Manager with respect to, or which are reasonably allocated to, the management and operation of the Arena during the Agreement Term, including: costs incurred in performing agreements and contracts pertaining to the management and operation of the Arena; Impositions; all expenses incurred to obtain Operating Revenues; salaries, wages and benefits of all personnel engaged in connection with the operation of the Arena, including event staff and temporary staff; human resource support services and training and development expenses; contract labor expenses; maintenance and repair expenses; utility costs and expenses; deposits for utilities; common area maintenance expenses payable pursuant to any covenants, conditions and/or restrictions applicable to the Arena Facility Land, the Parking Land and/or any portion of either; telephone expenses; expenses incurred under Licenses; telescreen, video and/or scoreboard operation expenses; dues, membership and subscription expenses; security expenses (including expenses incurred under the Safety and Security Agreement); Management Fees; audit fees; legal fees; other professional fees; refuse removal expenses; cleaning expenses; sales taxes; costs of office and other materials, supplies and equipment; Ticket commissions (other than Ticket commissions for Hockey Events, City Sponsored Events and Community Events); insurance premiums and bond charges (including premiums and charges for fidelity/employee dishonesty bonds); data and information processing and storage expenses; advertising, marketing and public relations expenses; expenses and costs incurred in the production and promotion of Events and other activities at the Arena (other than expenses and costs incurred in the promotion of Hockey Events, City Sponsored Events and Community Events); pest control expenses; Arena related entertainment expenses; employment fees; freight and delivery expenses; expenses for leasing, maintaining and repairing equipment; credit and debit facility costs and expenses and telecheck fees and expenses; travel, lodging and related out-of-pocket expenses properly allocable to the operation of the Arena, including promotion of the Arena, conferences, facility management seminars and classes; and any Claim or Loss (other

than as expressly set forth in this Agreement) relating to the Arena; provided, however, that Arena Recovery Fees and City Parking Fees shall not be Operating Expenses.

Any Operating Expenses that relate to a period of time after the Agreement Termination Date shall be prorated between the City and the Arena Manager so that the City shall pay the portion of the Operating Expenses applicable to the period after the Agreement Termination Date, and the Arena Manager shall pay, pursuant to this Agreement, the portion of the Operating Expenses applicable to the period during the Agreement Term.

"**Operating Reserve Account**" shall have the meaning set forth in Section 7.5.

"**Operating Reserve Contribution**" means a payment to be made to the Operating Reserve Account pursuant to Section 7.2(b).

"**Operating Revenues**" means all revenues collected or otherwise received by the Arena Manager from the management and operation of the Arena (other than amounts received for deposit into the City Parking Fee Account and/or the Arena Recovery Fee Account pursuant to Sections 8.1.2, 8.2.1 and 8.2.4 and Exclusive Team Revenues), as determined on an accrual basis in accordance with GAAP.

"**Operations Start Date**" means the first date on which (i) the City has performed all of its obligations under the Arena Development Agreement with respect to the disbursement of the City Commitment Amount, and (ii) either (a) the final Certificate of Occupancy has been issued; or (b) if requested by the Arena Manager and agreed to by the Team, a temporary certificate of occupancy permitting Home Games to be conducted in or at the Arena Facility has been issued by the City under the Glendale City Code.

"**Other Public Improvements**" shall have the meaning set forth in the Arena Development Agreement.

"**Outstanding City Carry-forward Amount**" means, as of the time of determination, the aggregate of all City Carry-forward Amounts for all prior Fiscal Quarters, less the aggregate of all distributions made to the City under Section 7.3.1(c) for all prior Fiscal Quarters.

"**Outstanding Team Carry-forward Amount**" means, as of the time of determination, the aggregate of all Team Carry-forward Amounts for all prior Fiscal Quarters, less the aggregate of all distributions made to the Team under Section 7.3.1(c) for all prior Fiscal Quarters.

"**Parking Advertising**" shall have the meaning set forth in the Mixed-Use Development Agreement.

"**Parking Improvements**" shall have the meaning set forth in the Arena Development Agreement.

"**Parking Land**" shall have the meaning set forth in the Mixed-Use Development Agreement.

"**Parking Land Deed**" shall have the meaning set forth in the Arena Development Agreement.

"**Parking Naming Rights**" shall have the meaning set forth in the Mixed-Use Development Agreement.

"**Permitted Exceptions**" shall have the meaning set forth in the Arena Development Agreement.

"**Person**" means an individual, general or limited partnership, corporation, joint stock company, trust (including a business trust), unincorporated association, joint venture, limited liability company, Governmental Authority or other entity.

"**Personal Property**" shall have the meaning set forth in the Arena Development Agreement.

"**Play-off Game**" means any ice hockey game (i) in which the Team is a participant; (ii) which, under the Hockey Rules, is classified as a "play-off" game for the NHL (Stanley Cup) championship; and (iii) which is, under the Hockey Rules, a "home game" of the Team, including, in the Team's sole discretion, any related pre-event, intermission or post-event promotion, competition, performance, autograph session, show or other entertainment or activity presented at the Arena for which there is no admission charge other than the price of the related Hockey Ticket.

"**Premium Seat**" means any seat (excluding any seat in a Suite, but including restaurant, bar and similar seating) in the Arena Facility that has services or amenities that are not available to general seating in the Arena Facility.

"**Premium Seat Agreement**" shall have the meaning set forth in Section 5.13(b).

"**Pre-Opening Budget**" shall have the meaning set forth in Section 4.2.1.

"**Pre-season Game**" means any ice hockey game (i) in which the Team is a participant; (ii) which is scheduled to be played prior to the portion of the Hockey Season promulgated by the NHL as the regular season; and (iii) which is, under the Hockey Rules, a "home game" of the Team, including, in the Team's sole discretion, any related pre-event, intermission or post-event promotion, competition, performance, autograph session, show or other entertainment or activity presented at the Arena for which there is no admission charge other than the price of the related Hockey Ticket.

"**Proceeding**" shall have the meaning set forth in Section 14.9.

"**Project**" shall have the meaning set forth in the Mixed-Use Development Agreement.

"**Qualified Ticket**" means a Ticket to a Fee Activity for which (i) the Team, with respect to Hockey Events; (ii) the Arena Manager or sponsor or promoter, with respect to Team Revenue Events, City/Team Revenue Events, City Revenue Events and other Fee Activities that are not Events; or (iii) the City, with respect to City Sponsored Events and Community Events, receives